IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH MATTHEW BORDERS,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:13-cv-1093
Crim. No. 2:07-cr-0086
Judge Marbley
Magistrate Judge King

## ORDER

On October 16, 2014, the Magistrate Judge recommended that this action be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. *Report and Recommendation*, ECF 163. Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF 163, is **ADOPTED** and **AFFIRMED**. This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit, as a successive petition under 28 U.S.C. § 2255, for authorization pursuant to 28 U.S.C. § 1631.

The Clerk shall remove the *Motion to Vacate*, ECF 159, from the Court's pending motions list.

ALGENON L. MARBLEY
United States District Judge